**Justine Mpuyu MINENGU, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 04–60285.

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 21, 2005.

Irene Mugambi, Law Office of Irene Mugambi, Dallas, TX, for Petitioner.

Thomas Ward Hussey, Director, Ernesto Horacio Molina, Jr., Margaret Kuehne Taylor, U.S. Department of Justice Office of Immigration Litigation, Caryl G. Thompson, U.S. Department of Justice, Washington, DC, Joe A. Aguilar, New Orleans, LA, for Respondent.

Alberto R Gonzales, U.S. Immigration & Naturalization Service, Dallas, TX, pro se.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

■ Justine Mpuyu Minengu petitions this court to review the decision of the Board of Immigration Appeals (BIA) not to reopen its proceedings denying her application for asylum, withholding of removal, and relief under the Convention Against Torture (CAT). This court is without jurisdiction to review the BIA's denial of

---

Minengu's motion to reopen the proceedings because she has not filed in this court a petition for review of that BIA decision. *Stone v. INS,* 514 U.S. 386, 394, 115 S.Ct. 1537, 131 L.Ed.2d 465 (1995); *Karimian–Kaklaki v. INS,* 997 F.2d 108, 111 (5th Cir.1993); 8 U.S.C. § 1252(a)(1), (b)(1).

■ To the extent that petitioner's notice of appeal was timely as to her appeal from the BIA's denial of her asylum and withholding of removal petitions on March 11, 2004, she has failed sufficiently to brief those issues and has thus abandoned them. FED. R.APP. P. 28(a)(9)(A); *see Calderon–Ontiveros v. INS,* 809 F.2d 1050, 1052 (5th Cir.1986).

Minengu's petition for review is **DENIED;** the respondent's motion to summarily affirm is **GRANTED;** and respondent's other motions are **DENIED** as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.